In the Matter of Supplementary Proceedings for the Collection of a Tax from J. W. GILLIS COMPANY, Respondent.

JOHN B. HAMILTON, as Treasurer of Monroe County, Appellant.

*Matter of J. W. Gillis Company,* 73 App. Div. 615, affirmed.
(Argued June 12, 1902; decided June 24, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 26, 1902, which reversed an order of the Monroe County Court denying a motion to dismiss the proceeding.

*William De Graff* and *John Warrant Castleman* for appellant.

*John A. Barhite* for respondent.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, VANN, CULLEN and WERNER, JJ.

---

ORRIN D. PERSON, Respondent, *v.* JOSEPH A. STOLL et al., Appellants.

Reported below, 72 App. Div. 141.
(Submitted June 16, 1902; decided June 24, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 2, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that the Court of Appeals has no jurisdiction to entertain the appeal; that the decision of the Appellate Division was unanimous; that there are no questions of law to be reviewed; that no leave to appeal has been granted; that the exceptions are frivolous and that the appeal is for the purpose of delay only.

*Gilbert W. Minor* for motion.

*Eugene Van Schaick* opposed.

Motion denied.